# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KURTIS BEAUDETTE**                                                     **PLAINTIFF**

**v.**                                **Case No. 4:21-cv-00489-KGB**

**DUNHAM,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Kurtis Beaudette's complaint, supplemental pleadings, and amended complaint are dismissed (Dkt. Nos. 2; 4; 8; 29). The Court denies the requested relief. The Court recommends that dismissal of this action should count as a "strike" within the meaning of 28 U.S.C. §1915(g).

It is so adjudged this 17th day of June, 2022.

                                                                *[Signature]*
                                                                 Kristine G. Baker
                                                                 United States District Judge